Joseph J. Joyce, III
Matthew J. Carmody
Jennifer Menichini
**JOYCE, CARMODY & MORAN, P.C.**
9 N. Main St, Suite 4
Pittston, PA 18640
Ph: (570) 602-3560

Attorneys for Defendants
Lackawanna County Sheriff's Office
and Lackawanna County

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH EISWERTH, JR.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**LACKAWANNA COUNTY SHERIFF'S OFFICE, LACKAWANNA COUNTY, JOHN P. EHNOT,**<br><br>**Defendants.** | **CIVIL ACTION -- LAW**<br><br>**JURY TRIAL DEMANDED**<br><br>No. _____ |

## DEFENDANTS LACKAWANNA COUNTY SHERIFF'S OFFICE AND LACKAWANNA COUNTY'S
## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446

Defendants Lackawanna County Sheriff's Office and Lackawanna County (collectively, the "County Defendants"), by and through their undersigned counsel, hereby file this notice of removal pursuant to 28 U.S.C. § 1446 and, in support thereof, make the following short and plain statement for the grounds for removal:

1. On June 28, 2024, Plaintiff Kenneth Eiswerth, Jr. ("Plaintiff") filed a sexual orientation discrimination and civil rights complaint in the Lackawanna County Court of Common Pleas. See state court docket with a copy of all process,

pleadings, and orders served upon the County Defendants attached hereto as Exhibit "A," generally.

2. Plaintiff's complaint asserts, among other claims, federal claims through 42 U.S.C. §§ 1983 and 1985. Id.

3. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." See 28 U.S.C. § 1441(a).

4. Section 1331 confers on the district courts "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." See 28 U.S.C. § 1331.

5. Whether a case "arises under" federal law is dependent upon whether a question of federal law is apparent on the face of the plaintiff's well-pleaded complaint. See Bracken v. Matgouranis, 296 F.3d 160, 163 (3d Cir. 2002).

6. As stated above, Plaintiff's complaint asserts federal claims through 42 U.S.C. §§ 1983 and 1985. See Exhibit "A," generally.

7. The District Court has original jurisdiction over Plaintiff's federal claims.

8. In accordance with § 1446(b)(2)(A), all Defendants join in and/or consent to the removal of the action. 28 U.S.C.A. § 1446(b)(2)(A).

Respectfully Submitted,

s/ *Matthew J. Carmody*
Joseph J. Joyce, III
Matthew J. Carmody
Jennifer Menichini
**JOYCE, CARMODY & MORAN, P.C.**
9 North Main Street, Suite 4
Pittston, PA 18640

*Attorneys for Defendants Lackawanna County Sheriff's Office and Lackawanna County*

DATED: July 22, 2024

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| KENNETH EISWERTH, JR., Plaintiff, v. LACKAWANNA COUNTY SHERIFF'S OFFICE, LACKAWANNA COUNTY, JOHN P. EHNOT, Defendants. | CIVIL ACTION -- LAW<br><br>JURY TRIAL DEMANDED<br><br>No. _____ |
|---|---|

## CERTIFICATE OF SERVICE

I, Matthew J. Carmody, hereby certify that on this date I caused a true and correct copy of the foregoing notice of removal to be served upon the following counsel and/or parties of record via email and/or First-Class Mail addressed as follows:

Christopher A. Piazza, Esq.
Piazza Law Group
801 Boulevard Ave.
Dickson City, PA  18519
*Counsel for Plaintiff*

John P. Ehnot
209 Green St.
Dunmore, PA  18512
*Defendant*

s/ Matthew J. Carmody
Matthew J. Carmody

DATED: July 22, 2024